# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

THOMAS CLINGERMAN, *guardian and next of kin for* RENEE CLINGERMAN;
KRISTIN ROTH, *guardian and next of kin for* JOSHUA WILLIAMS;
TARA DAVIS, *guardian and next of kin for* MARTE A THOMAS; *individually and on behalf of all others similarly situated*,

        Plaintiffs,

v().  Case No. 23-2435-JWB

CITY OF WICHITA, KANSAS,

        Defendant.

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant in accordance with the court's March 31, 2025 memorandum and order.

   03/31/25                                      SKYLER B. O'HARA
Date                                           CLERK OF THE DISTRICT COURT

                                                             by:   s/ Rachael Silva
                                                                    Deputy Clerk